# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1228. CHARLES HARRIS v. THE STATE.**

In August 2023, Charles Harris pleaded guilty to one count of criminal damage to property in the second degree, and the trial court sentenced him to five years on probation. On November 30, 2023, the court denied Harris's pro se motion to withdraw plea/motion to correct void sentence and motion to modify sentence. Harris filed both an application for discretionary appeal, which this Court dismissed as untimely, see Case No. A24D0213 (Jan. 31, 2024), and the instant appeal followed.

"It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). Harris "is not entitled to multiple bites at the apple." *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (holding that when defendant failed to appeal trial court's decision in a timely manner, he is thereafter bound by same). Because Harris already appealed the same trial court order in Case No. A24D0213, his current appeal is barred. *Howard v. State*, 289 Ga. 207, 207 (1) (710 SE2d 761) (2011) (defendant "cannot re-litigate here the

same issues that were dismissed in his prior appeals"); *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007) (res judicata barred claim that had been raised in a prior application which this Court dismissed as untimely).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/23/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*